# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEALTH VINCENT FULKERSON *ex rel.* ESTATE OF LARRY MICHAEL FULKERSON,<br><br>              Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE, et al.,<br><br>              Defendants. | Case No. 3:19-CV-00710-RCJ-WGC<br><br>**ORDER** |

Defendants move to dismiss the complaint arguing, among other things, failure to state a claim under Fed. R. Civ. P. 12(b)(6). (ECF Nos. 9 and 14.) However, the Court does not reach the merits of these motions because there is an issue of subject-matter jurisdiction that must be addressed first, despite there being no objection by Defendants. *See Arbaugh v. Y&H Corp.*, 546 U.S. 500, 514 (2006) (holding that if a court determines it lacks subject-matter jurisdiction, then its authority is limited to making that finding and dismissing the claims); *Louisville & Nashville R.R. Co. v. Motley*, 211 U.S. 149, 152 (1908) (noting that it is the duty of a federal court to ensure that its jurisdiction granted by statute is not exceeded).

///

Plaintiff claims this Court has diversity jurisdiction under 28 U.S.C. § 1332, yet such jurisdiction exists only where no defendant is a citizen of the same state as a plaintiff and the sum in controversy is over $75,000. According to the complaint, Plaintiff was a Nevada resident and the Defendants are an Illinois resident and two Nevada residents. (ECF No. 4 at 1–2.) Thus, complete diversity does not exist, divesting this Court of any jurisdiction over Plaintiff's claims. Therefore, the Court dismisses this case without leave to amend for lack of jurisdiction. *See United States v. Corinthian Colleges*, 655 F.3d 984, 995 (9th Cir. 2011) ("Leave to amend is warranted if the deficiencies can be cured with additional allegations that are 'consistent with the challenged pleading' and that do not contradict the allegations in the original complaint." (quoting *Reddy v. Litton Indus., Inc.*, 912 F.2d 291, 296–97 (9th Cir.1990)).

**CONCLUSION**

IT IS HEREBY ORDERED that Plaintiff's Amended Complaint (ECF No. 4) is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss (ECF No. 9) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (ECF No. 14) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the motion (ECF No. 25) is DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk shall close this case.

IT IS SO ORDERED.

Dated July 8, 2020.

_____
ROBERT C. JONES
United States District Judge